UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2020 NOV -6  AM 9: 46

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>SUNPATH LTD, NORTHOCAST WARRANTY SERVICES, INC., NATIONAL CAR CURE LLC, CELTIC MARKETING, LLC, AND JOHN DOES 1-4,<br><br>Defendants. | CASE NO. 3:20-cv-00106 |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, BRANDON CALLIER, in his individual capacity, pursuant to Rule 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant, NATIONAL CAR CURE, LLC, with prejudice.

1. Defendant, NATIONAL CAR CURE, LLC ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Defendant shall be dismissed with Prejudice with each party bearing his/their own attorneys' fees and costs.

Dated this 6th day of November, 2020.

Respectfully submitted,

Brandon Callier
Plaintiff, Pro-se
6336 Franklin Trail
El Paso, TX 79912

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was mailed to Defendant in this case via USPS first class mail to: Jason S. Weiss, 5531 N. University Drive, Suite 103, Coral Springs, Florida 33067 on this 6th day of November, 2020.

*/s/ Brandon Callier*

Brandon Callier
Plaintiff, pro se
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com
915-383-4604