UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-00106-FM |
| | § | |
| **SUNPATH LTD; NATIONAL CAR CURE LLC; NORTHCOAST WARRANTY SERVICES, INC.; JOHN DOES #1-4,** | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the court is "Plaintiff's Voluntary Dismissal with Prejudice" [ECF No. 49], filed November 6, 2020 by Brandon Callier ("Plaintiff"). Therein, Plaintiff notifies the court that he wishes to voluntarily dismiss all claims against Defendant National Car Cure, LLC ("National Car Cure") with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The record reflects National Car Cure has not filed an answer in this case.

Accordingly, it is **HEREBY ORDERED** that all claims against National Car Cure, LLC are **DISMISSED WITH PREJUDICE.**

**SIGNED AND ENTERED** this **9th** day of **November 2020.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Plaintiff's Voluntary Dismissal with Prejudice" 1, ECF No. 49, filed Nov. 6, 2020.