AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

BRANDON CALLIER

*Plaintiff(s)*

v.

Civil Action No. 3:20-CV-00106

SUNPATH LTD

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Celtic Marketing, LLC
C/O Registered Agent
John Clark
1452 W Horizon Ridge Parkway
Henderson, Nevada 89012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
CALLIER74@GMAIL.COM
915-383-4604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J CLACK

Date: 10/13/2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **BRANDON CALLIER** <br> *Plaintiff* <br> v. <br> **SUNPATH LTD** <br> *Defendant* | Civil Action No. 3:20-CV-00106 |

## AFFIDAVIT OF SERVICE

I, Abel Silva, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 26, 2020 at 2:17 pm. I served these documents on Richard Craig McKiernan in Orange County, CA on December 1, 2020 at 11:09 am at 16934 Pleasant Way, Yorba Linda, CA 92886 by personal service by handing the following documents to an individual identified as Richard Craig McKiernan.

Summons in a Civil Action, Plaintiff's Unopposed Motion for Leave to Amend His Complaint, Plaintiff's Second Amended Complaint,

Additional Description:
Personally served the documents.

White Male, est. age 68, glasses: Y, Gray hair, 180 lbs to 200 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=33.9088998037,-117.8390082066
Photograph: See Exhibit 1

My full name is Abel Silva. My date of birth is 10/11/1971. My address is 1266 N. Mount Vernon Ave, Colton, CA 92324.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Los Angeles County , CA
on 12/1/2020 .

*Abel Silva*
Abel Silva - (909) 443-1200
Certification Number: 1771
Expiration Date: 9/15/2021