UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-00106-FM |
| | § | |
| SUNPATH LTD; NATIONAL CAR CURE LLC; NORTHCOAST WARRANTY SERVICES, INC.; JOHN DOES #1-4, | § | |
| Defendants. | § | |

## ORDER DENYING MOTION AS MOOT

Before the court is "Plaintiff's Motion to Dismiss Defendants John Does 1-4 without Prejudice" ("Motion") [ECF No. 60], filed April 15, 2021 by Brandon Callier ("Plaintiff"). Therein, Plaintiff requests voluntary dismissal of Defendants John Does 1-4.[1] However, the court dismissed those claims on January 4, 2021 in its "Order of Dismissal for Failure to Prosecute" [ECF No. 55].

Accordingly, it is **HEREBY ORDERED** that "Plaintiff's Motion to Dismiss Defendants John Does 1-4 without Prejudice" [ECF No. 60] is **DENIED AS MOOT**.

**SIGNED AND ENTERED** this 5 day of **May 2021**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff's Motion to Dismiss Defendants John Does 1-4 without Prejudice" 1, ECF No. 60, filed Apr. 15, 2021.

1