RECEIVED
MAY 17 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | |
| CELTIC MARKETING LLC | § § | Case # 3:20-CV-00106-FM |
| Defendants. | § § § | |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendant CELTIC MARKETING, LLC was served with the Summons and Complaint in this action on or about December 1, 2020 and the time for defendants to appear, answer or move against the Complaint has expired without an appearance by defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that the plaintiff, BRANDON CALLIER, recover from the defendant the sum of $21,000.00, the amount claimed plus $0.00, amounting in all to $21,000.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and that the plaintiff have execution therefore.

_____
Jeannette J. Clack
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS 15th DAY OF June, 2021.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION