UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-20-CV-00106-FM |
| § | |
| SUNPATH LTD; NATIONAL CAR § | |
| CURE LLC; NORTHCOAST § | |
| WARRANTY SERVICES, INC.; § | |
| JOHN DOES #1-4, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with "Judgment for Sum Certain by Default" [ECF No. 67], entered June 15, 2021 by the Clerk of Court, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that all claims are **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the case.

**SIGNED AND ENTERED** this _15_ day of **June 2021**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1